# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE MATTER OF: JACQUELINE MARIE : No. 72 WM 2021
NEWSOME  MOTION FOR EXTENSION :
PURSUANT TO RULE 311 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2021, the "Petition to Pursue Extension of Pennsylvania Bar Admission" is GRANTED, IN PART.  In order to afford Jacqueline Marie Newsome time to seek full admission to the Pennsylvania Bar, her temporary admission pursuant to Bar Admission Rule 311 is extended until October 31, 2022.